```
 1 │ William P. Fennell (SBN 164210)
   │ Of Counsel: Melissa A. Blackburn Joniaux (SBN 105470)
 2 │ LAW OFFICE OF WILLIAM P. FENNELL, APLC
   │ 401 West A Street, Suite 1800
 3 │ San Diego, CA 92101
   │ Tel: (619) 325-1560
 4 │ Fax: (619) 325-1558

 5 │ Attorneys for Plaintiff,
   │ Ronald E. Stadtmueller, Chapter 7 Trustee
 6
 7
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-13764-LT7 |
| RUDOLPH MEDINA | Adversary No. 14-90226-LT |
| Debtor. | |
| RONALD E. STADTMUELLER, Chapter 7 Trustee | STIPULATION CONSENTING TO THE FILING OF FIRST AMENDED COMPLAINT; AND FOR TIME TO ANSWER OR OTHER RESPONSIVE PLEADINGS |
| Plaintiff, | |
| v. | |
| CAROLYN MEDINA, Individually and AS TRUSTEE OF THE MEDINA FAMILY TRUST DATED 9/16/1998; RUDOLPH MEDINA aka RUDY MEDINA; MID BRANT STREET, LLC, a Delaware limited liability company; MEDINA INVESTMENTS & DEVELOPMENT, INC., a California corporation; MEDINA CAPITAL GROUP, LLC, a California limited liability company; PBS REAL ESTATE INVESTMENTS, LLC, a California limited liability company; PBS CONSTRUCTION SERVICES, INC., a California corporation. | |
| Defendant(s). | |

Ronald E. Stadtmueller, Chapter 7 Trustee ("Trustee"), by and through his counsel of record, Melissa A. Blackburn Joniaux, of the Law Office of William P. Fennell, APLC, and Rudolph Medina ("Debtor"), by and through his counsel of record, Judith A.

Descalso, of the Law Office of Judith A. Descalso, hereby stipulate as follows:

1. On or about October 11, 2012, the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. On or about September 4, 2013, the Chapter 11 proceeding was converted to a Chapter 7 proceeding.

2. On December 5, 2014, the Trustee filed a Complaint for Declaratory Relief; to Avoid and Recover Preferential Transfers; to Avoid and Recover Fraudulent Transfers; to Avoid and Recover Postpetition Transfers; for Turnover of Property of the Estate; for an Accounting; for Equitable Subordination ("Complaint") against the Debtor and others.

3. Pursuant to Federal Rule of Civil Procedure 15, made applicable to this bankruptcy proceeding by Federal Rule of Bankruptcy Procedure 7015, the Debtor hereby grants his written consent to allow the Trustee, at his election, to file a First Amended Complaint on or before February 25, 2015. In exchange therefor, and in accordance with Federal Rule of Bankruptcy Procedure 7015, to the extent that the Trustee elects to proceed with the filing of a First Amended Complaint, then the Trustee agrees to grant the Debtor until March 15, 2015 to file his answer or other responsive pleading.

4. The Parties agree to accept service of the Trustee's First Amended Complaint and the Debtor's answer or other responsive pleading via email service.

IT IS SO STIPULATED.

LAW OFFICE OF WILLIAM P. FENNEL, APLC

Dated: February 12, 2015

By: /s/Melissa A. Blackburn Joniaux
Melissa A. Blackburn Joniaux
Attorneys for Plaintiff, Ronald E. Stadtmueller, Chapter 7 Trustee

LAW OFFICE OF JUDITH A. DESCALSO

Dated: February 13, 2015

By: _____
Judith A. Descalso
Attorney for Defendant, Rudolph Medina